# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Emily Grace Alvares
Plaintiff,

v.                                          Case No.: 1:23−cv−00517−LDA

Kilolo Kijakazi, et al.
Defendant.

## JUDGMENT

This action came to be heard before the Court and, after due consideration of the parties' arguments and review of the administrative record, a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Plaintiff's motion to reverse, modify or remand the Commissioner's decision is denied, and the decision of the Commissioner is affirmed.

July 3, 2024                                By the Court:

                                            /s/ Hanorah Tyer−Witek, Clerk of Court